## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**LACRETIA ROBINSON**                                                                          **PLAINTIFF**

v.                              **Case No. 5:15-cv-00054-KGB**

**CIRCLE L AUTO SALES, INC.**                                                              **DEFENDANT**

## ORDER

The parties have filed a joint stipulation of dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (Dkt. No. 8). Accordingly, this action is dismissed with prejudice, with each party to bear her or its own costs and attorneys' fees. The Court denies as moot all pending motions.

SO ORDERED this the 29th of July, 2015.

_____
Kristine G. Baker
United States District Judge